UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 20-40 (MJD/LIB)

United States of America, )
)
        Plaintiff, )
)
vs. ) **DEFENDANT'S EXHIBIT LIST**
)
Floyd Robert Desjarlais, )
)
        Defendant. )
* * * * * * * * * * * * * * * *

    The defendant, Floyd Robert Desjarlais, through and by his attorney, Paul Engh, may offer the following exhibits at trial:

    D-1.  The certified felony conviction of McKinley Kingbird

    D-2.  The certified felony conviction of Catarina Gordon

Dated:  March 11, 2020

                                  Respectfully submitted,

                                  /s/ Paul Engh

                                  PAUL ENGH
                                  Suite 2860
                                  150 South Fifth Street
                                  Minneapolis, MN   55402
                                  (612) 252-1100

                                  Attorney for Mr. Desjarlais