# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  FLOYD ROBERT DESJARLAIS,  Defendant. | **COURT MINUTES**  BEFORE: Katherine M. Menendez  U.S. District Judge |

| | |
|---|---|
| Case No: | 20-cr-40 (KMM/LIB) |
| Date: | March 18, 2022 |
| Court Reporter: | Erin Drost |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time in Court: | 10:05 – 11:10 a.m. |
| Total Time: | 1 hour and 5 minutes |

**APPEARANCES:**

For Plaintiff:    Emily Polachek and Andrew R. Winter, Assistant U.S. Attorneys

For Defendant:    Paul C. Engh,   ☐ FPD   X CJA   ☐ Retained

**PROCEEDINGS:**

The Court held a Final Pretrial Conference and issued rulings on the parties' motions in limine. A written Order will follow.

*s/BJP*
Law Clerk