# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Floyd Robert Desjarlais,

        Defendant(s).

**COURT MINUTES**
Case Number: 20-cr-40 (KMM/LIB)

| | |
|---|---|
| Date: | 4/1/22 |
| Court Reporter: | Erin Drost |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 10:41 a.m. |
| Time Concluded: | 10:51 a.m |
| Time in Court: | 10 Minutes |

Trial before Katherine Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  Plaintiff:    Emily Polachek & Andrew R. Winter, Assistant U.S. Attorneys
  Defendant(s):  Paul C. Engh  x CJA

    Interpreter / Language:    N/A

PROCEEDINGS:

- [x] Jury Trial (Day 4).
- [x] Jury resumed deliberations on April 1, 2022, at 9:00 a.m.
- [x] Verdict reached at 10:24 a.m.
- [x] Defendant found Not Guilty on Count 1 of the Indictment.
- [x] Clerk to file verdict.
- [x] Exhibits returned to counsel or parties.

- [x] Defendant is Ordered released from the custody of the U.S. Marshal.

                                                              s/ Kathy Thobe
                                                               Courtroom Deputy