CR 20.40 KMM/LIB

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FLOYD ROBERT DESJARLAIS,

Defendant.

No. 20-cr-40 (KMM/LIB)

**VERDICT FORM**

We, the jury, find Defendant Floyd Robert Desjarlais __not guilty__ (~~guilty~~/(not guilty)) of being a felon in possession of a firearm as charged in Count 1 of the Indictment.

Dated: April 1st 2022

SIGNATURE REDACTED

RECEIVED APR 01 2022 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED APR 01 2022 U.S. DISTRICT COURT MPLS