AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| FLOYD ROBERT DESJARLAIS | CASE NUMBER: 20-CR-40-KMM-LIB |

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Katherine M. Menendez, U. S. District Judge
Name and Title of Judge

4/1/2022
Date


SCANNED
APR 01 2022
U.S. DISTRICT COURT MPLS