3/31/22  4:53 pm

CR 20-40 KMM/LIB

We plan to stay past 5:00pm today. No later than 6:00pm.

If we stay this late would we be able to use phones to contact family briefly to let them know of the time change?

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

Judge Menendez responded with a brief note approving both requests. However, soon after the jury decided to stop deliberating for the evening.    3/31/22  4:58 pm