3/31/22 5:08pm

CR 20-40 KMM/LIB

We have decided we need more time. We will be back tomorrow at 9:00 AM

RECEIVED APR 01 2022 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

SCANNED APR 01 2022 U.S. DISTRICT COURT MPLS